Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Alexandria, Division

| | |
|---|---|
| Joseph A. Bess<br>2455 Mandeville Lane Apt 1622<br>Alexandria, VA 22314 | ) ) ) ) ) ) ) ) ) ) |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-   *serve*

Council on Social Work Education/Halaevalu F. Ofahengaue Vakalahi, PhD, MSW
333 John Carlyle Street, Suite 400
Alexandria, VA 22314

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No.   1:26 CV 554
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

FILED

2026 FEB 24 P 3: 17

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Joseph Bess |
| Address | 2455 Mandeville Lane Apt 1622 |

| | | |
|---|---|---|
| Alexandria | VA | 22314 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Alexandria |
| Telephone Number | (646) 593-0939 |
| E-Mail Address | joseph.a.bess@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1    *serve*

| | |
|---|---|
| Name | Halaevalu F. Ofahengaue Vakalahi, MSW, PhD |
| Job or Title *(if known)* | President and CEO for the Council on Social Work Education |
| Address | 333 JohnCarlyle Street, Suite 400 |

| | | |
|---|---|---|
| Alexandria | VA | 22314 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Alexandria |
| Telephone Number | 703-683-8080 |
| E-Mail Address *(if known)* | hvakalahi@cswe.org |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|          | *City* | *State* | *Zip Code* |
|----------|--------|---------|------------|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|          | *City* | *State* | *Zip Code* |
|----------|--------|---------|------------|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

The events giving rise to my claims occurred at the Council on Social Work Education (CSWE) headquarters, located at 333 John Carlyle Street, Suite 400, Alexandria, Virginia 22314. Certain discriminatory actions and communications also occurred through electronic communications and telework interactions while I was working remotely under CSWE's approved telework policy.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

The events giving rise to my claims occurred during my employment from October 17, 2022, through my termination on June 5, 2023. The final adverse employment action occurred on June 5, 2023, at approximately mid-day, when I was informed during a meeting with the President that my employment was being terminated due to alleged restructuring.

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

During my employment, I was subjected to different terms and conditions of employment compared to similarly situated white and non-Black female directors. I was denied professional development opportunities that were granted to others despite being told that budget constraints prevented such approvals. I was also subjected to heightened scrutiny regarding my telework. Although I had approved telework days under CSWE policy, the President, Halaevalu Vakalahi, repeatedly questioned my whereabouts, directed Human Resources to monitor my physical presence, and pressured me to report to the office even on approved remote days. Other directors were not subjected to this level of scrutiny, and some were permitted fully remote arrangements without issue.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of the discrimination, hostile work environment, retaliation, and termination I experienced, I suffered emotional and psychological injuries, including anxiety, depression, sleep disruption, feelings of humiliation, and significant stress. I experienced periods of hopelessness and professional self-doubt following my termination.

I sought professional mental health support to address these symptoms. I received counseling to manage anxiety and depressive symptoms that arose after my termination and the prolonged EEOC process. While I did not sustain any physical injuries, the emotional distress was significant and required professional intervention.

In addition to emotional harm, I experienced financial stress due to loss of income, which further exacerbated my anxiety and depression.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I ask the Court to award me monetary damages for the harm I suffered as a result of my discriminatory treatment, hostile work environment, retaliation, and wrongful termination.

Specifically, I seek:
Back pay in the amount of $162,093.43 for lost wages from the date of my termination through March 23, 2025, based on my annual salary of $110,000.

Front pay in the amount of $110,000 to compensate for future lost earnings, as reinstatement is not feasible.

Emotional distress damages in the amount of $100,000 for anxiety, depression, humiliation, and emotional harm I experienced and for which I sought professional counseling.

Attorney's fees and costs in the amount of $10,000 incurred to date and court filing fees and litigation costs, including the $405 federal filing fee.

The total amount of damages I currently seek is $382,498.43, exclusive of interest and any additional costs incurred during litigation.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            2/24/26

Signature of Plaintiff

Printed Name of Plaintiff        Joseph A. Bess

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |

Telephone Number

E-mail Address

Page 6 of 6

| Print | Save As... | Add Attachment | Reset |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ **DIVISION**

FILED

Joseph Bess
2455 Manderville Lane Apt 1622
Alexandria, VA 22314
_____
Plaintiff(s),

2026 FEB 24 P 3: 15

Council On Social Work Education
333 John Carlyle Street Suite 400
Alexandria, VA 22314
_____
Defendant(s),

Civil Action Number: _1: 26 CV 554_

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of ___New Complaint___.
                                                        **(Title of Document)**

Joseph Bess
_____
Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: __2/24/26__ (Date)

                              **OR**

The following attorney(s) prepared or assisted me in preparation of _____.
                                                              **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)